FILED

01/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0470

COY YARBER,

      Petitioner,

v.

JAMES SALMONSEN, Warden,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including February 13, 2023, within which to prepare, serve, and file its response.

BG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 9 2023